# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX(TM) ADVANCED BIOFUELS LLC,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>GEVO, INC.,<br><br>Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>Counterclaim-Defendant. | C.A. No. 11-54-SLR-MPT<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S AND COUNTERCLAIM DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS, DISMISSING DEFENDANT'S FIRST AND SECOND COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 12(c), Plaintiff and Counterclaim Defendant Butamax™ Advanced Biofuels LLC ("Butamax") and Counterclaim Defendant E.I. du Pont de Nemours and Company ("DuPont") respectfully move this Court for judgment on the pleadings, dismissing Defendant Gevo, Inc.'s First and Second Counterclaims.

The grounds for this Motion are set forth in the accompanying Memorandum in Support, which is being filed contemporaneously herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Leora Ben-Ami
Christopher T. Jagoe
Hank Heckel
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-8000

*Attorneys for Plaintiff/Counterclaim Defendant Butamax™ Advanced Biofuels LLC*

Dated: January 20, 2012
1043756 / 36429

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Plaintiff/Counterclaim Defendant Butamax™ Advanced Biofuels LLC and Counterclaim Defendant E. I. du Pont de Nemours and Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 20, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 20, 2012, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Thomas Grimm<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899-1347<br>tgrimm@mnat.com | James P. Brogan<br>Ann Marie Byers<br>Michelle Rhyu<br>Carolyn V. Juarez<br>Cooley LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021<br>jbrogan@cooley.com<br>abyers@cooley.com<br>mrhyu@cooley.com<br>cjuarez@cooley.com<br>zGevoButamaxLitigation@cooley.com |

By: */s/ David E. Moore*
  Richard L. Horwitz
  David E. Moore
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, Delaware 19899-0951
  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

999101 / 36429