IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX™ ADVANCED BIOFUELS LLC, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) |
| v. | ) ) ) |
| GEVO, INC., | ) ) |
| Defendant/Counterclaim Plaintiff, | ) ) |
| v. | ) ) ) |
| E.I. DUPONT DE NEMOURS AND CO., | ) ) |
| Counterclaim Defendant. | ) |

C.A. No. 11-054 (SLR)(MPT)

**JURY TRIAL DEMANDED**

### GEVO, INC.'S MOTION TO STRIKE THE DECLARATION OF ALEXANDER M. KLIBANOV AND RELATED PORTIONS OF REPLY BRIEF IN SUPPORT OF BUTAMAX'S MOTION FOR PRELIMINARY INJUNCTION

For the reasons set forth in the accompanying Brief in Support of its Motion to Strike the Declaration of Alexander M. Klibanov and Portions of Reply Brief in Support of Butamax's Motion for Preliminary Injuction and its supporting papers and evidence, the file in this case and other matters deemed appropriate by the Court, Defendant Gevo, Inc. ("Gevo") hereby moves pursuant to D. Del. Local Rule 7.1.3(c)(2) for an order striking the declaration of Alexander M. Klibanov (D.I. 196-207) and the portions of Butamax's Reply Brief (D.I. 195) that rely on it.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Jeremy A. Tigan*
                Thomas C. Grimm (#1098)
                Jeremy A. Tigan (#5239)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                tgrimm@mnat.com
                jtigan@mnat.com
                    *Attorneys for Gevo, Inc.*

OF COUNSEL:

James P. Brogan
Carolyn V. Juarez
Ann Marie Byers
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023

Michelle S. Rhyu
Jesse Dyer
Dan Knauss
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155

February 24, 2012
5776476

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.1.1, I certify that the subject of this motion has been discussed with counsel for Butamax Advanced Biofuels LLC and that we have not been able to reach agreement.

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX™ ADVANCED BIOFUELS LLC, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) |
| v. | ) ) ) |
| GEVO, INC., | ) ) |
| Defendant/Counterclaim Plaintiff, | ) ) |
| v. | ) ) ) |
| E.I. DUPONT DE NEMOURS AND CO., | ) ) |
| Counterclaim Defendant. | ) |

C.A. No. 11-054 (SLR)(MPT)

**JURY TRIAL DEMANDED**

## **[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant Gevo, Inc.'s Motion to Strike the Declaration of Alexander M. Klibanov and Portions of Reply Brief in Support of Butamax's Motion for Preliminary Injection is GRANTED.

IT IS SO ORDERED, this ____ day of _____ 2012.

_____
United States District Court Judge