IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX™ ADVANCED BIOFUELS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEVO, INC., )<br>)<br>Defendant. ) | Civ. No. 11-54-SLR |

**ORDER**

At Wilmington this 12th day of June, 2012, the court having determined that the status quo ante should be maintained until the court renders its decision on the pending motion for a preliminary injunction;

IT IS ORDERED that, until further order of the court, defendant Gevo, Inc., and its officers, agents, servants, employees, attorneys, successors, assigns, and those persons in active concert or participation with them who receive notice of the instant order by personal service or otherwise, shall not deliver, provide, distribute, ship, release, or transfer in any way bio-based isobutanol produced at Gevo's Luverne facility from recombinant yeast microorganisms to any third party for any use or purpose, except that it may sell its bio-based isobutanol produced at the Luverne facility to Sasol

for chemical applications and the U.S. Air Force for jet fuel testing applications.

_____
United States District Judge