IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX™ ADVANCED BIOFUELS LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 11-54-SLR ) |
| GEVO, INC., | ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 19th day of June, 2012, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiff's motion for a preliminary injunction (D.I. 61) is denied.

2. Defendant's motion for leave to file a sur-reply and declaration (D.I. 217) is granted.

3. Defendant's motion to supplement the record (D.I. 232) and defendant's amended motion to supplement the record (D.I. 283) are denied.

4. Defendant's request for reconsideration of the status quo order (D.I. 368) is denied as moot.

United States District Judge