## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX(TM) ADVANCED BIOFUELS LLC, )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>GEVO, INC., )<br>)<br>Defendant/Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>E. I. DU PONT DE NEMOURS AND COMPANY, )<br>)<br>Counterclaim-Defendant. ) | C.A. No. 11-54-SLR<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF COMPLETION OF BRIEFING REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANT GEVO'S MOTION TO STAY PENDING APPEAL AND REEXAMINATION

PLEASE TAKE NOTICE that the briefing is now complete with respect to Plaintiff's Motion for Leave to File a Sur-reply in Opposition to Defendant Gevo's Motion to Stay Pending Appeal and Reexamination (the "Motion") (D.I. 482). The bases for Plaintiff's Motion are set forth in Plaintiff's opening submission. Plaintiff is in receipt of Gevo's opposition (D.I. 484) to the Motion for Leave and will rest on its opening submission that leave should be granted.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: August 29, 2012
1072673 / 36429

*Attorneys for Plaintiff/Counterclaim Defendant Butamax$^{TM}$ Advanced Biofuels LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 29, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 29, 2012, the attached document was Electronically Mailed to the following person(s):

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Jack B. Blumenfeld<br>Jeremy A. Tigan<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899-1347<br>jblumenfeld@mnat.com<br>jtigan@mnat.com | James P. Brogan<br>Ann Marie Byers<br>Michelle Rhyu<br>Carolyn V. Juarez<br>Cooley LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021<br>jbrogan@cooley.com<br>abyers@cooley.com<br>mrhyu@cooley.com<br>cjuarez@cooley.com<br>zGevoButamaxLitigation@cooley.com |
| Melissa Harwood<br>Cooley LLP<br>719 Second Avenue, Suite 900<br>Seattle, WA  98104-1732<br>mharwood@cooley.com | Jesse Dyer<br>Daniel Knauss<br>Matthew J. Brigham<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>jdyer@cooley.com<br>dknauss@cooley.com<br>mbrigham@cooley.com |

| | |
|---|---|
| Tryn T. Stimart<br>Cooley LLP<br>777 6th Street, NW<br>Suite 1100<br>Washington, DC  20001<br>tstimart@cooley.com | Benjamin G. Damstedt<br>COOLEY LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>bdamstedt@cooley.com |

Gerald J. Flattman, Jr.
Joseph O'Malley
Preston K. Ratliff, II
Anthony Michael
Paul Hastings LLP
75 East 55th Street
New York, NY  10022
geraldflattmann@paulhastings.com
josephomalley@paulhastings.com
prestonratliss@paulhastings.com
anthonymichael@paulhastings.com

                                                                 */s/ David E. Moore*
                                                                     David E. Moore

1012762 / 36429