IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX™ ADVANCED BIOFUELS LLC, | ) ) ) |
| Plaintiff/Counterclaim Defendant,<br>v. | ) ) ) C.A. No. 11-54 (SLR) |
| GEVO, INC., | ) ) ) |
| Defendant/Counterclaim Plaintiff,<br>v. | ) ) ) |
| E.I. DUPONT DE NEMOURS AND CO., | ) ) |
| Counterclaim Defendant. | ) |

### STIPULATION AND [PROPOSED] ORDER TO REDACT TRANSCRIPT

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that certain portions of the July 3, 2012 motion hearing transcript (D.I. 400) remain under seal pursuant to the Protective Order (D.I. 35, 340) entered in this case. As requested by the Court, the parties will provide their proposed redactions in electronic and paper form for the Court's consideration.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ David E. Moore* | */s/ Jeremy A. Tigan* |
| Richard L. Horwitz (#2246) | Jack B. Blumenfeld (#1014) |
| David E. Moore (#3983) | Jeremy A. Tigan (#5239) |
| Hercules Plaza, 6th Floor | 1201 N. Market Street |
| 1313 N. Market Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| (302) 984-6000 | (302) 658-9200 |
| rhorwitz@potteranderson.com | jblumenfeld@mnat.com |
| dmoore@potteranderson.com | jtigan@mnat.com |
| *Attorneys for Butamax™ Advanced Biofuels LLC and E. I. du Pont de Nemours and Company* | *Attorneys for Gevo, Inc.* |

August 29, 2012

SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE