IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX™ ADVANCED BIOFUELS LLC, | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) |
| GEVO, INC., | ) C.A. No. 11-54 (SLR) |
| Defendant/Counterclaim Plaintiff, | ) |
| v. | ) |
| E.I. DUPONT DE NEMOURS AND CO., | ) |
| Counterclaim Defendant. | ) |

**DEFENDANT GEVO, INC.'S MOTION FOR SUMMARY JUDGMENT
ON INVALIDITY OF U.S. PATENT NOS. 7,851,188 AND 7,993,889**

Gevo, Inc. ("Gevo") respectfully moves this Court under Rule 56 of the Federal Rules of Civil Procedure for summary judgment of invalidity of the following claims asserted by Butamax Advanced Biofuels LLC ("Butamax"):

1. Claims 1, 3-5, 9-11, and 14-19 of the '889 patent are invalid under 35 U.S.C. § 102.

2. Claims 1, 2, 6, 7, 12, and 13 of the '889 patent are invalid under 35 U.S.C. § 103.

3. Claims 12 and 13 of the '889 patent are invalid under 35 U.S.C. § 112.

4. Claim 8 of the '889 patent is invalid under 35 U.S.C. § 112.

5. Claims 1-4, 13-15, 17-25, and 34-36 of the '188 patent are invalid under 35 U.S.C. § 103.

The grounds for this motion are set forth in the Opening Brief in Support which is being filed contemporaneously herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
   *Attorneys for Defendant Gevo, Inc.*

OF COUNSEL:

James P. Brogan
Carolyn V. Juarez
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
(720) 566-4000

Michelle S. Rhyu
Dan Knauss
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
(650) 843-5000

Tryn T. Stimart
COOLEY LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190
(703) 456-8000

November 30, 2012
6780547

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 30, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Butamax™ Advanced Biofuels LLC* | *VIA ELECTRONIC MAIL* |
| Richard A. De Sevo, Esquire<br>Hank Heckel, Esquire<br>Abigail Langsam, Esquire<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>*Attorneys for Butamax™ Advanced Biofuels LLC* | *VIA ELECTRONIC MAIL* |
| Daniel Forchheimer, Esquire<br>Leora Ben-Ami, Esquire<br>Thomas F. Fleming, Esquire<br>Christopher T. Jagoe, Esquire<br>Patricia A. Carson, Esquire<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>*Attorneys for Butamax™ Advanced Biofuels LLC* | *VIA ELECTRONIC MAIL* |

- 4 -

William Cory Spence, Esquire  *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
*Attorneys for Butamax™ Advanced
Biofuels LLC*

  */s/ Jeremy A. Tigan*
  Jeremy A. Tigan (#5239)