IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX™ ADVANCED BIOFUELS LLC, )<br>)<br>Plaintiff/Counterclaim )<br>Defendant )<br>)<br>v. )<br>)<br>GEVO, INC., )<br>)<br>Defendant/Counterclaim )<br>Plaintiff )<br>v. )<br>)<br>E.I. DU PONT DE NEMOURS AND )<br>COMPANY, )<br>)<br>Counterclaim Defendant ) | Civ. No. 11-54-SLR |

**ORDER**

At Wilmington this 19th day of March, 2013, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Butamax's summary judgment motion of infringement of the '188 and '889 patents (D.I. 595) is denied.

2. Gevo's motion for summary judgment of non-infringement of the '188 and '889 patents (D.I. 610) is granted in part and denied in part. The motion is granted as to no infringement under the doctrine of equivalents.

3. Gevo's motion for summary judgment of invalidity (D.I. 598) is granted in part

and denied in part. The motion is granted as to the invalidity of claim 12 and 13 of the '889 patent for lack of written description and enablement.

4. Butamax's cross-motion of no invalidity of the '889 patent (D.I. 622) is granted in part and denied in part. The motion is granted as to no invalidity of claim 8 for indefiniteness.

5. Butamax and DuPont's motion to exclude testimony by Gevo's experts with respect to the '188 patent and '376 patent is denied as it relates to the '188 patent. (D.I. 640) The court reserves its decision as it relates to the '376 patent.

_____
United States District Judge