IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX™ ADVANCED BIOFUELS LLC, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| GEVO, INC., | ) C.A. No. 11-54 (SLR) |
| | ) |
| Defendant/Counterclaim Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| E.I. DUPONT DE NEMOURS AND CO., | ) |
| | ) |
| Counterclaim Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Supplemental Disclosure Pursuant to 35 U.S.C. § 282(c)* were caused to be served on March 20, 2013, upon the following in the manner indicated:.

## BY E-MAIL

POTTER ANDERSON & CORROON LLP

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

KAYE SCHOLER LLP

Richard A. De Sevo
**rdesevo@kayescholer.com**

Hank Heckel
**hheckel@kayescholer.com**

Abigail Langsam
**alangsam@kayescholer.com**

KIRKLAND & ELLIS LLP

Daniel Forchheimer
**daniel.forchheimer@kirkland.com**

Leora Ben-Ami
**leora.benami@kirkland.com**

Thomas F. Fleming
**thomas.fleming@kirkland.com**

Christopher T. Jagoe
**christopher.jagoe@kirkland.com**

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
|  | Thomas C. Grimm (#1098) |
|  | Jeremy A. Tigan (#5239) |
|  | Stephen J. Kraftschik (#5623) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE 19899-1347 |
|  | (302) 658-9200 |
|  | tgrimm@mnat.com |
|  | jtigan@mnat.com |
|  | skraftschik@mnat.com |
|  |   *Attorneys for Gevo, Inc.* |

OF COUNSEL:

Stephen C. Neal
Michelle S. Rhyu
Matthew Brigham
Benjamin G. Damstedt
Daniel Knauss
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2055
(650) 843-5000

James P. Brogan
Carolyn V. Juarez
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
(720) 566-4000

Tryn Stimart
Adam M. Pivovar
COOLEY LLP
11951 Freedom Drive
One Freedom Square
Reston Town Center
Reston, VA 20190
(703) 456-8600

March 20, 2013