

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

November 14, 2013

**VIA ELECTRONIC-FILING**

The Honorable Sue L. Robinson
The United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3568

    Re:    *Butamax(TM) Advanced Biofuels LLC v. Gevo, Inc.*, **C.A. No. 11-54-SLR**
           *Butamax(TM) Advanced Biofuels LLC v. Gevo, Inc.*, **C.A. No. 12-602-SLR**

Dear Judge Robinson:

    For Your Honor's review in connection with Markman related issues pending in the 12-602-SLR matter, enclosed is the transcript of the oral argument of the appeal from 11-054-SLR held before the Federal Circuit on November 7, 2013. (*See* D.I. Nos. 104, 106, 131, 134, 162, 164, 175, and 176).

    Counsel are available at the Court's convenience if Your Honor has any questions.

                                             Respectfully,

                                             */s/ Richard L. Horwitz*

                                             Richard L. Horwitz

RLH/lmf
1130080/36429

Enclosure
cc:    Clerk of the Court (via hand delivery)(w/enc.)
        Counsel of Record (via electronic mail)(w/enc.)

```
 1                  U.S. COURT OF APPEALS

 2                FOR THE FEDERAL CIRCUIT

 3   - - - - - - - - - - - - - - - - - -:

 4   GEVO, INC.,                         :

 5   Plaintiff-Appellee,                 :

 6   v.                                  : Civ. No.

 7   BUTAMAX TM ADVANCED BIOFUELS LLC    : 13-576-SLR

 8   and E. I. DUPONT DE NEMOURS         :

 9   AND COMPANY,                        :

10   Defendants                          :

11   - - - - - - - - - - - - - - - - - -:

12

13      Appeal from the United States District Court

14   for the Northern District of Delaware in Civ. No.

15   13-576-SLR.

16

17      The ORAL ARGUMENT in this matter convened on

18   Thursday, November 7, 2013, pursuant to notice.

19

20

21

22
```

Page 2

1   APPEARANCES:
2
3   On behalf of the Plaintiff-Appellee:
4       MICHELLE S. RHYU, ESQ.
5       Cooley LLP
6       Five Palo Alto Square
7       3000 El Camino Real
8       Palo Alto, CA  94306
9       (650) 843-5000
10
11  On behalf of the Defendant:
12      LEORA BEN-AMI, ESQ.
13      Kirkland & Ellis, LLP
14      601 Lexington Avenue
15      New York, NY  10022
16      (212) 446-4800
17
18
19
20
21
22

Page 3

1           PROCEEDINGS
2       THE COURT:  When you're ready, Ms. Ben-
3   Ami.
4       MS. BEN-AMI:  Good morning.  May it
5   please the court.
6       THE COURT:  Good morning.
7       MS. BEN-AMI:  Your Honor, Butamax's
8   position on the claim construction is rather
9   simple.  The patents have a definition.  It's
10  written in the specification.  It is a
11  straightforward definition.
12      It says that a KARI, or an AAIR, is an
13  enzyme that catalyzes the conversion from
14  acetolactate to two–three D-hydroxyisovalerates,
15  using NADPH as an electron donor.
16      This court can simply say that's the
17  definition.  The District Court said that the
18  applicant was its own lexicographer.  And if that
19  is the case, then the District Court should allow
20  that lexicographer.
21      That definition is consistent with the
22  ordinary definition in the art.  And I would like

Page 4

1   to explain that.
2       In this PAC, there are two examples
3   which talk about how one characterizes whether an
4   enzyme is a KARI.  There are example 2 and example
5   10.  Both of those examples refer to a single
6   assay, which we're calling the Arfin assay, Arfin
7   and Umbarger.  That assay was the gold standard
8   assay at the time.  It is the assay that is
9   referred to in the EC number 1.1.1.86 as the
10  primary reference.
11      To understand that assay is to
12  understand the meaning of the claim.
13      THE COURT:  Judge Robinson looked at the
14  claim term, which cites to the 1.1.1.86 European
15  listing, which only lists NADPH.  Does that claim
16  term somehow invoke a limitation on NADPH as a
17  cofactor?
18      MS. BEN-AMI:  No, Your Honor.  Let me
19  explain, if I may.  The Arfin and Umbarger assay
20  is a very simple scientific assay.  You take an
21  amino acid sequence, and you say, "Is that a
22  KARI?"  How do I know?  I put it in a test tube.

Page 5

1   I put in the substrate.  And then I put in NADPH.
2   And I measure whether NADPH is being converted to
3   NADP, using [inaudible], one variable, scientific
4   method -- one variable.
5       If I see that that NADPH is changing
6   into NADP, it is donating electrons.  And the
7   enzyme has done the product -- the substrate is a
8   product reaction.  And therefore, that enzyme,
9   that chemical entity, is a KARI.
10      Now, if I take that chemical entity,
11  which uses NADPH as an electron donor, as
12  indicated in the assay of the patent, and I put it
13  in the system, where there is only NADPH, it will
14  use NADPH.  If I put it in a different system,
15  where it only has NADPH, NADH, it will use only
16  NADH.  If I put it in a mixed system, depending
17  upon the condition, it will use the mixture.
18      THE COURT:  Anaerobics are aerobic,
19  correct?
20      MS. BEN-AMI:  In an anaerobic system,
21  where there is much, much more NADH, it will use
22  NADH.

Page 6

1   THE COURT: It's going to use that.
2   MS. BEN-AMI: Exactly. So when I say it
3   is all consistent, that is what I mean.
4   THE COURT: Now, if this court has this
5   case on preliminary injunction --
6   MS. BEN-AMI: Yes, Your Honor.
7   THE COURT: -- and it gave some
8   guidance, do you think that guidance was followed?
9   Or was it necessary to follow that guidance, even?
10  I mean, it was kind of just a thrown-in
11  commentary.
12  THE COURT: A bit of a suggestion.
13  [Laughter.]
14  THE COURT: Yes.
15  MS. BEN-AMI: I certainly don't think
16  that the District Court meant any disrespect to
17  this court. And I think the District Court did
18  what she felt was correct. I don't think it was
19  fair for the Defendant to argue that this court
20  was telling the District Court to just take the
21  word "solely" out. And that was what Gevo argued
22  to the District Court, and that Gevo argued that

Page 7

1   this court, through its questioning, was really
2   affirming the original claim construction, which
3   was to take out that word.
4   So, I think that just this is an issue
5   of law at this point, and we need to address it as
6   it sits here.
7   THE COURT: Of course, it was an issue
8   of law at that point, too.
9   MS. BEN-AMI: It was. And the court did
10  say that the claim construction was highly
11  questionable, I believe was the language. And the
12  District Court Judge did what it did.
13  THE COURT: What do you make of the fact
14  that the specification does make reference to both
15  NADPH and NADH, with respect to some of the other
16  enzymes? But yet, with respect to this one, it
17  just refers to NADPH?
18  MS. BEN-AMI: It's a very important
19  point. And the answer to that is reasonably
20  straightforward. If you look at the
21  specification, and it's talking about other
22  enzymes, you will see that for those other

Page 8

1   enzymes, there are multiple EC numbers. And if
2   you go into the record and you look through the
3   record, you will see that, for one EC number, that
4   the substrates might be slightly different. And
5   the assay, the gold-standard assay, may say "use
6   NADPH."
7   You may see then, the second EC number
8   will say the substrates are slightly different and
9   the gold-standard assay that they're using puts
10  NADH in the test tube. And then there will be a
11  third number where they say, "use a different
12  assay." And they say you can use either one.
13  None of those things tells you that when
14  their definition says a chem, this chemical entity
15  uses NADPH as an electron donor, that it implies
16  or states a negative limitation, and not NADH and
17  not both, or anything like that. It simply says,
18  this is the gold-standard way we look at it. It's
19  consistent with the assay, which is considered in
20  examples 2 and 10.
21  When the examiner during prosecution of
22  the 889 patent said, "How do I know? What's the

Page 9

1   enablement of KARI's?" the applicant specifically
2   said, "The assay in example 2 is the way you
3   determine whether it's a KARI."
4   So we have consistency in this patent,
5   using a straightforward definition. We have the
6   consistency of the ordinary medium, the
7   consistency of 1.1.1.86, the consistency of
8   examples 2 and 10, which was confirmed in the
9   prosecution, the 889 prosecution, which was not
10  considered by the District Court, unfortunately.
11  We also have the consistency of allowing
12  claim 14 of the 889 patent to have meaning, and
13  the consistency of having claim 15 of the 188
14  patent have meaning. Claim 15 is a very important
15  claim. We did not discuss it during the
16  preliminary injunction because we were only here
17  on the 889 patent.
18  Claim 15 specifically claims the four
19  preferred embodiments for a KARI. It says,
20  wherein the KARI is one of these -- and so it
21  specifically plans the methanococcus example,
22  specifically.

3 (Pages 6 to 9)

Page 10

1  Now, the methanococcus example, in the
2  prior art, was known to be an NADH utilizer. And
3  as Gevo's expert, Dr. Kirsch stated, in vivo it
4  would use more NADH than NADPH. Under the
5  District Court's claim construction, that
6  preferred embodiment, which is specifically
7  claimed, does not meet the definition.
8        And so we ask the court to say the
9  methanococcus example was in the art. It was in
10 the prior art. The District Court says -- there's
11 only one article and it doesn't have a lot of data
12 in it, so I'm going to disregard it, we believe,
13 as just error.
14       That methanococcus example is a specific
15 enzyme, a chemical entity, and its properties are
16 one and the same in patent law. Those properties
17 existed. Gevo itself, in its later patent
18 application, the builder application, states that
19 the methanococcus example can be used for this
20 cofactor switching.
21       And when you put all that together, I
22 ask this question. The applicant in the patent

Page 11

1  application wrote dependent for some enzyme --
2  specific enzymes, not classes of enzymes, specific
3  -- where the literature said it. It said that
4  when -- that's what the literature said. That's
5  fine. If the applicant meant dependent for KARI,
6  applicant knew how to use those words, because
7  they used them elsewhere.
8        They did not use those words for KARI.
9  And yet they are now being read in.
10       And let us consider this: If applicant
11 had put in the claim that the KARI is NADPH
12 dependent, what would have happened? The examiner
13 would have said, "I'm issuing a 112 rejection.
14 You never say KARI is NADPH dependent. You just
15 say, use it. What do you mean?" And the
16 applicant would be having to search the
17 specification to show what was meant.
18       What would the applicant point to?
19 [Inaudible] number assay because that's the only
20 information in the patent.
21       And yet, during the pretrial conference,
22 after the summary judgment decision and the claim

Page 12

1  construction decision, I did walk through with the
2  judge, because I did not want to go to trial and
3  say, try to pull a fast one and go around the
4  court's claim construction.
5        I said to the judge, "Our evidence is
6  that using means of using it in vitro, in a test,
7  and that if one is going to consider what NADPH
8  dependent means, it would have to be using the art
9  assay." And the District Court, and I said, "I
10 don't think that's what you're allowing me to do."
11 And the District Court said, "No, we're not
12 allowing you to do that. Thank you for explaining
13 it. You're right."
14       So, we are precluded under the claim
15 construction from using the point, the very test
16 that's in the patent. That should be error. And
17 we ask the court to find simple definition and
18 allow us to go forward with this case.
19       THE COURT: Before you sit down, Ms.
20 Ben-Ami, I missed in the discussion in the briefs
21 any mention of your opponent's arguing the oral
22 argument before this court, in the court below.

Page 13

1  Where will I find that in the record?
2        MS. BEN-AMI: You will find that in the
3  red brief, I believe. Give me a minute. I will
4  have a copy made.
5        THE COURT: Yeah. I'm going to ask your
6  opponent about it.
7        MS. BEN-AMI: And I certainly have
8  replied. I can come back and give that to you so
9  we don't hold things up.
10       THE COURT: Okay.
11       MS. BEN-AMI: But I would like to just
12 follow this with a few points on the doctrine of
13 equivalents. The summary judgment on the doctrine
14 of equivalents was based on prosecution history
15 estoppel, although the District Court did not find
16 prosecution history estoppel or even address
17 prosecution history estoppel. Therefore, there
18 should be a reversal of that and a remand should
19 go to them on that issue.
20       The District Court also compared NADPH
21 with NADH, not KARI to KARI. That's also an
22 error.

Page 14

1        And finally, we were left in a very
2    strange position because the -- if one were going
3    to consider the doctrine of equivalents, one would
4    say, "Well, my closest example within my claim is
5    the methanococcus example, because you, Gevo, have
6    admitted in your patent application that it works
7    as well as your accused product." That would be
8    very good doctrine of equivalents evidence.
9        But, given the court's claim
10   construction, we cannot rely on the preferred
11   embodiment, which is specifically claimed, to
12   consider doctrine as a program.
13       And finally, Your Honors, on written
14   description, both Gevo experts, looking at the
15   specification of the patent, said to them,
16   [inaudible], the specification was telling you to
17   knock out the PDC enzyme, both of them. The
18   undisputed evidence of record is that you could
19   buy a yeast with such knock-outs. You could buy
20   it in 2005. You could buy it online.
21       THE COURT: This is factual anyway,
22   right?

Page 15

1        MS. BEN-AMI: Yes.
2        THE COURT: And it's summary judgment --
3        MS. BEN-AMI: And so my point is that on
4    summary judgment there should not have been a
5    finding.
6        THE COURT: All right. Thank you, Ms.
7    Ben-Ami.
8        Ms. Rhyu.
9        MS. RHYU: Good morning, Your Honors.
10   May it please the court.
11       The specification is the primary basis
12   for construing the claims. So I would direct Your
13   Honors to A00152, which specifically lays out the
14   definitions that are to govern this specification
15   and these patents. This isn't a 188 patent.
16       While the ordinary, customary meaning of
17   a term to govern a claim construction, where in a
18   venture to define the term, its own lexicography
19   is what governs. That's what Phillips has told
20   us. The Sinard [phonetic] case indicates that if
21   you have quotation marks, that indicates there is
22   a definition, and that's what's provided here. If

Page 16

1    I can turn to --
2        THE COURT: Could you address my
3    question to your opposing counsel?
4        MS. RHYU: Yes, Your Honor.
5        THE COURT: My understanding of what she
6    said, when you went back down, that you argued
7    questions from oral argument; is that correct?
8        MS. RHYU: What?
9        THE COURT: And I'm confused by that.
10       MS. RHYU: So, my understanding was that
11   this court objected to the word "solely" in the
12   prior claim construction. That court below
13   eliminated that word from the construction. And
14   the construction of the court below was to
15   recognize that --
16       [Crosstalk.]
17       THE COURT: What I want to know is,
18   where was the argument in the record?
19       MS. RHYU: Where was the argument in the
20   record?
21       THE COURT: Where was the argument below
22   in the record, so I can look at it? Maybe I'm

Page 17

1    just confused by --
2        MS. RHYU: In the red briefs, Your
3    Honor? In the red briefs?
4        THE COURT: No, in the argument below.
5    Am I confused about that? I may have
6    misunderstood.
7        MS. RHYU: I may be misunderstanding
8    Your Honor. But we -- we did go back and
9    completely brief the claim construction argument.
10   Our arguments are based on the specification,
11   primarily. And that's where I'd like to focus
12   today if I may.
13       THE COURT: Well, I'd like my question
14   answered.
15       THE COURT: Is there anything in the
16   record showing the District Court's consideration
17   of the oral argument before this court?
18       MS. RHYU: I don't believe that the
19   District Court's order specifically notes that
20   order of the Federal Circuit.
21       THE COURT: Did you argue that in oral
22   argument?

Page 18

1  MS. RHYU: Yes, we did, in the
2  transcript.
3  THE COURT: And where is that in the
4  record?
5  MS. RHYU: I'm not -- I don't have that
6  immediately at my disposal. It is -- but it is in
7  the transcript of the summary judgment argument,
8  which is -- I don't believe in the intel record.
9  But going back to the specification, on
10 columns 7 and 8, it's very clear --
11 THE COURT: Could I ask a question
12 that's going to deal with the specification?
13 Essentially, what has happened here is that you
14 have said that, although there may be a customary
15 meaning of the claim term, that they have
16 surrendered significant scope, namely, the use of
17 NADH as a cofactor.
18 Is there anything in the record where
19 they say, "No, you can't use NADH has a cofactor,"
20 says that specifically? "No, NADH can't be used"?
21 MS. RHYU: Not in those words. But in
22 the definitions --

Page 19

1  THE COURT: But isn't that rather
2  important that you show us that?
3  MS. RHYU: Well, here it's the doctrine
4  --
5  [Crosstalk.]
6  THE COURT: Particularly where the
7  specification gives us the Arfin article and gives
8  us claim differentiation and several other
9  arguments to suggest that NADH is available under
10 certain circumstances.
11 MS. RHYU: I would like to address both
12 of those arguments.
13 THE COURT: Please do.
14 MS. RHYU: So, in columns 7 and 8, it
15 specifically says that these definitions and
16 abbreviations are to be used for the
17 interpretation of the claim and the specification.
18 And the definition of AAIR specifies "using NADPH
19 cofactor." Now, in other definitions here --
20 THE COURT: But it doesn't say, doesn't
21 say NADPH dependent, does it?
22 MS. RHYU: It doesn't for that specific

Page 20

1  definition, but it uses this term "using NADPH" in
2  other portions of this definitional section.
3  [Crosstalk.]
4  THE COURT: But why does that mean
5  "dependent"?
6  MS. RHYU: Because in other sections,
7  the term "use NADPH" or "utilizing NADPH" is
8  equated with "NADPH dependent." And I can turn
9  you to column 12, where the directions to alcohol
10 dehydrogenase 6 -- this is column 12 --
11 THE COURT: What line?
12 MS. RHYU: At line 54.
13 THE COURT: 54?
14 MS. RHYU: Yes. It refers to ADH6 and
15 another enzyme, both of which use NADPH as
16 electron donor. And NADPH-dependent reductase
17 YQHD active with branch chain substrates also has
18 been recently identified in E. Coli.
19 THE COURT: But that's simply a
20 statement.
21 MS. RHYU: I'm not quite finished. So,
22 we go to Table 1, and we look up this ADH6 enzyme

Page 21

1  in Table 1. It's toward the bottom. The ADH6
2  enzyme, it says F [inaudible] ADH6 --
3  THE COURT: I'm on Table 1. Which
4  column? Give me a column line.
5  MS. RHYU: Column 4.
6  THE COURT: 4?
7  MS. RHYU: It's in the table.
8  THE COURT: Yeah?
9  MS. RHYU: And it's the entry that
10 corresponds to the sequence ID number 201.
11 THE COURT: What line?
12 MS. RHYU: Line 61.
13 THE COURT: I see it.
14 MS. RHYU: 60 and 61. The ADH6 enzyme
15 is equated with NADPH dependence. And similarly,
16 and then next entry for chlostridium
17 acetobutylicum, the NADH-dependent enzyme is
18 listed. And there, if you go back to column 8,
19 that enzyme is listed as being NADH using NADH.
20 So, we have two examples of equating use
21 of NADPH with NADPH dependence, and use of NADH
22 with NADH dependence. The court found that --

Page 22

1      THE COURT: I'm still not understanding
2  how that gets around the Arfin article, which says
3  you can use either.
4      MS. RHYU: The Arfin article is -- let
5  me just finish this point, which is that the
6  specification in the definitional section
7  identifies enzymes that use NADPH, enzymes that
8  use NADH, and enzymes that use NADPH or NADH.
9  There are these three definitional buckets.
10     And the interpretation that Butamax is
11 propounding is eliminating the distinctions
12 between these buckets. And to do that, they're
13 rendering meaningless significant portions of this
14 definitional section, specifically the branch
15 chain alcohol dioxydrogenase, which refer to
16 enzymes that use NADH and/or NADPH, and further
17 down, the term acelating altide [phonetic]
18 dehydrogenase, also "using either NADH or NADPH."
19     Now, let's talk about the Arfin and
20 Umbarger assay. That assay is in the example
21 section. The example section, in the prefatory
22 language, specifically says that these are used

Page 23

1  for illustrative purposes only. This is not a
2  definition. The Arfin and Umbarger assay appears
3  nowhere in the definition of AAIR in column 7.
4      That prefatory language for the example
5  that's at column 26, line 25 -- it should be
6  understood that these examples, while indicating
7  preferred embodiments of the invention, are given
8  by way of illustration only. So what --
9      [Crosstalk.]
10     THE COURT: But if they are preferred --
11 if they are a preferred embodiment --
12     MS. RHYU: Sure.
13     THE COURT: That, we have said over and
14 over again, is almost per se a definition of what
15 the claimed invention encompasses.
16     MS. RHYU: But the assay isn't the
17 preferred embodiment. If you go to example 2 at
18 column 33, the example says, "The purpose of this
19 prophetic example is to describe how to clone the
20 ILDC gene from E. Coli K12 and express it in E.
21 Coli BL21A." This is a specific E. Coli enzyme.
22 There's no question that that's an NADPH-dependent

Page 24

1  enzyme. And in order to confirm that that enzyme
2  was properly cloned --
3      [Crosstalk.]
4      THE COURT: What do you do with a claim
5  differentiation argument, claim 14?
6      MS. RHYU: AAIR. Claim differentiation
7  cannot trump the lack of written description.
8      THE COURT: No. But it certainly
9  confirms a customary meaning and a broad chemical
10 definition that is used by the patent, right?
11     If it's -- in other words, I see you'd
12 like to switch the burden to them to show that
13 NADH is something necessarily to be used. But I
14 perceive our law as putting the burden on you to
15 show that they somehow disclaimed the use of NADH.
16     And so, I'm trying to find anything in
17 here that says, "No, you cannot use NADH."
18     MS. RHYU: The disclaimer of NADH --
19     THE COURT: Is there anything like that?
20     MS. RHYU: It comes from the expressed
21 definition of these three buckets of enzymes,
22 those that use NADPH, those that use NADH, and

Page 25

1  those that use NADH or NADPH.
2      THE COURT: But I have to infer from
3  that that they somehow intended the KARI enzyme to
4  be in one bucket and have nothing to do with the
5  other bucket.
6      [Crosstalk.]
7      THE COURT: Hang on. Hang on. And
8  you're tied up by what you said before, which was
9  in answer to Judge Rader's [phonetic] question.
10 You said "not specifically."
11     MS. RHYU: The definitions identify
12 these categories. The reason that they've
13 identified those categories -- and the court below
14 found that "use NADPH" was synonymous with "NADPH
15 dependence." The reason that they did that was
16 because they weren't in possession of KARI's that
17 used NADH. And the record showed that very
18 clearly at A18346. This is an internal document
19 from 2007.
20     THE COURT: 183.
21     MS. RHYU: 2 years after this patent was
22 filed.

7 (Pages 22 to 25)

Page 26

1    THE COURT: A183?
2    MS. RHYU: A18346.
3    THE COURT: Oh, 18346.
4    THE COURT: 18346, 18346. I'm going to
5    hold on. You find it.
6    [Pause.]
7    THE COURT: Okay.
8    MS. RHYU: In this discussion of the
9    results from 2007, the scientists within Butamax
10   recognized that the AAIR KARI is NADPH dependent.
11   They recognized there's this imbalance of NADH and
12   NADPH. That's a problem for them.
13   And down below, it says, "In the long
14   term, acedohydroxy [phonetic] [inaudible]
15   reductase may be engineered to prefer NADH." They
16   weren't in possession of this stuff, and that's
17   why they deliberately did not claim it in that
18   2005 patent application that led to the 188 and
19   889 --
20   THE COURT: What's the next sentence
21   mean? "In the short term, they're generating some
22   excess NADH."

Page 27

1    MS. RHYU: "In the long term" -- "In the
2    short term" --
3    THE COURT: I saw the "In the long
4    term." I'm asking about this next sentence.
5    MS. RHYU: "In the short term, one mole
6    of excess NADH was generated for each mole of
7    isobutene in all forms." That means that in the
8    isobutenal pathway, the pathway is generating more
9    NADH than NADPH. And that's resulting in a
10   bottleneck at this enzyme.
11   And that's specifically acknowledged at
12   A18341. This is a December of 2005 document from
13   Butamax. There, they specifically recognize that
14   the KARI enzyme is the Achilles heel of the
15   isobutenal pathway. They refer to that enzyme,
16   it's NAPH dependent. They say they expect to
17   engineer this to be specific for NADH to avoid
18   yield loss associated with NADPH production.
19   There's an imbalance in this pathway
20   between the availability of the NADPH cofactor and
21   the fact that the KARI, that they claimed, uses
22   NADPH.

Page 28

1    THE COURT: Is this part of the
2    extrinsic evidence that the District Court is
3    looking at?
4    MS. RHYU: This is part of the extrinsic
5    evidence. But it just confirms that
6    specification, which shows that there were these
7    three buckets, and that they only claimed for the
8    bucket that uses NADPH, that is, that's NAPDH
9    dependent.
10   THE COURT: Are you saying in these
11   three buckets that each bucket is exclusive?
12   MS. RHYU: Yes.
13   THE COURT: So that --
14   MS. RHYU: Yes, I am, Your Honor. And
15   that's the way that their expert understood it.
16   THE COURT: I mean, if there are things
17   that use NADPH and things that use NADH, that
18   doesn't necessarily mean only NADPH or only NADH.
19   MS. RHYU: That's correct. That's
20   correct. To use any -- I'm sorry.
21   [Crosstalk.]
22   THE COURT: Did the District Judge refer

Page 29

1    to this material on 18341 and then at 18346?
2    MS. RHYU: We certainly cited to it, and
3    I couldn't tell you if she specifically referred
4    to it.
5    THE COURT: She did not cite to it is
6    what you're saying. She did not rely on it?
7    MS. RHYU: We provided it to her.
8    THE COURT: Thank you. I think the
9    answer was, "No, there was nothing expressed that
10   she relied on it."
11   MS. RHYU: Going to the --
12   THE COURT: She didn't say at any point
13   that they did not possess NADH, did she?
14   MS. RHYU: What she did say was that
15   those skilled in the art understood that use of
16   NADPH equaled to NAPDH dependence. She reviewed
17   the voluminous record and the publications that
18   were raised by Butamax. And her fact-finding
19   below was that scientific references almost
20   exclusively characterize KARI enzymes at that time
21   as being NADPH dependent.
22   And that explains why "use NADPH" fell

Page 30

1  into this bucket of those that prefer NADPH or
2  dependent on NADPH.
3      THE COURT: I come back to again, is
4  there anything other than your inferences that
5  says expressly, "You cannot use NADH in this
6  catalytic reaction as a cofactor"?
7      MS. RHYU: There is nothing that
8  expressly says you cannot use NADH. Definitions
9  define three exclusive categories, those that use
10 NADPH, those that use NADH, and those that use
11 either. And so, if you wanted to get --
12     THE COURT: Where in this specification
13 does it say "exclusive"? "These buckets are
14 exclusive"?
15     MS. RHYU: It's in reading the
16 specification in columns 7 and 8, and in
17 identifying the way that they've described and
18 used these terms, the way that they've described
19 enzymes in using these terms. And --
20     THE COURT: So, again, it's using --
21 Chief Judge Rader's words, you're drawing an
22 inference, are you not?

Page 31

1      THE COURT: Right.
2      THE COURT: But our law requires that if
3  you're going to disavow some scope, it's got to be
4  in words of manifest exclusion.
5      MS. RHYU: I think that's the case where
6  it's simply evaluating what the common and
7  ordinary meaning is. But in this case,
8  lexicography governs. And the lexicography
9  demonstrates that there were these three
10 categories of nicotinamide utilizing enzymes.
11     If you're to interpret "use NADPH" to
12 say that any use, as detected by the Arfin and
13 Umbarger assay, which forces you to show use of
14 NADPH, because that's the only cofactor that's
15 provided in that assay, then you've eliminated
16 these three important distinctions that were
17 deliberately laid out in columns 7 and 8 in
18 defining the enzymes.
19     THE COURT: You made reference earlier
20 in your argument in the 188 specification to
21 places where there were examples of equivalency
22 between something that is using and something that

Page 32

1  is dependent.
2      MS. RHYU: Yes.
3      THE COURT: But that equivalency isn't
4  used in association with the --
5      MS. RHYU: The KARI enzyme?
6      THE COURT: The KARI enzyme.
7      MS. RHYU: It's not.
8      THE COURT: So is it -- doesn't that cut
9  the other way? Because that shows that if the
10 applicant really intended this to be dependent,
11 they knew how to say that. They said it with
12 respect to other things. But they didn't say it
13 with respect to the KARI enzyme.
14     MS. RHYU: I don't believe that's the
15 case. Because the section is preceded by the
16 suggestion that these definitions are for the
17 interpretation of the claims and the
18 specification. So if you're trying to interpret
19 what does "using NADPH" mean in the context of the
20 definition for AAIR, then you must also look at
21 the other uses of "using NADPH" in the definition
22 section.

Page 33

1      And as I said before, if you're to
2  eliminate the distinctions between these
3  categories, then that renders meaningless the
4  expressed definitions that were provided by the
5  patentee. And that's where the methanococcus
6  example -- that example is -- even if you accept
7  what they say, which relies on extrinsic evidence
8  that is being referenced, which is never cited in
9  the patent, it's still an enzyme that is -- that
10 prefers or is dependent on NADPH by at least a
11 factor of two.
12     But better than that, we go back to the
13 specification which specifically cites to that
14 methanococcus enzyme at line 45 of column 7.
15 There is a GenBank number that's cited to there.
16 And that GenBank number takes you to a
17 publication, which is the Hendrickson publication.
18 And the Hendrickson publication, at A18288,
19 figure, and about in the middle of the figure
20 shows pyruvate decay IV. That's the relevant
21 reaction here. It shows NADPH as a cofactor, not
22 NADH.

Page 34

 1    So based on the information --
 2         THE COURT:  It doesn't say you can't use
 3    NADH.  It just shows NADPH.
 4         MS. RHYU:  It shows that --
 5         [Crosstalk.]
 6         THE COURT:  Do you have a final thought
 7    for us here?
 8         MS. RHYU:  Pardon me?
 9         THE COURT:  Do you have a final thought
10    for us, Ms. Rhyu?
11         MS. RHYU:  The final thought is that
12    both of this argument on claim construction and
13    with the written description argument, the
14    patentees are trying to preempt the future before
15    it has arrived.  They're trying to claim things
16    that they hadn't invented, that were not part of
17    the written description.
18         This was evidenced by the Donaldson
19    continuation, in part, that changed the
20    definition.
21         THE COURT:  Well, it sounds like then
22    you may have an improvement patent, which you

Page 35

 1    could file.  And there would perhaps be blocking
 2    patents that would be determined as to their value
 3    in the future.
 4         It doesn't sound to me like you've
 5    created an exclusion on their use of a broad
 6    customary definition.
 7         MS. RHYU:  They simply wanted possession
 8    of KARI's that use NADH.  And that's demonstrated
 9    by the fact that later, the AAIR definition was
10    revised in the Donaldson CIP to include "use NADH"
11    in addition to "use NADPH" that tells you that
12    "use NADPH" before referred only to the first
13    bucket.
14         THE COURT:  Thank you, Ms. Rhyu.
15         And Ms. Ben-Ami, you have your rebuttal
16    time.
17         MS. BEN-AMI:  Your Honor, I would like
18    to answer Judge Wallace [phonetic], if I may, to
19    start.  At A10097, the summary of the argument on
20    summary judgment of the infringement.
21         THE COURT:  10097?
22         MS. BEN-AMI:  10097.

Page 36

 1         [Pause.]
 2         THE COURT:  Got it.
 3         MS. BEN-AMI:  Unfortunately, there are
 4    pages that are taken out over time, so the numbers
 5    are not -- I mean, they aren't chronological or
 6    sequential.  But there are missing pages,
 7    obviously.  It takes awhile to find.
 8         THE COURT:  I'm here.
 9         MS. BEN-AMI:  All right.  It is where
10    we're looking.  But in that page, under B, Summary
11    of Argument, B, 1B, it says, "The Federal
12    Circuit's affirming does not question the essence
13    of this court's earlier claim construction."  In
14    the A10781, which is Arguments, that is a mini-
15    script.
16         THE COURT:  Yeah.
17         MS. BEN-AMI:  10781.
18         THE COURT:  Okay.
19         MS. BEN-AMI:  10781, looking at the
20    bottom --
21         THE COURT:  The bottom of line 25, the
22    Federal Circuit fundamentally agreed with your

Page 37

 1    construction?
 2         MS. BEN-AMI:  Yes, 25 going up to --
 3         THE COURT:  Yeah, I underlined that in
 4    red.  So I must have --
 5         [Laughter.]
 6         MS. BEN-AMI:  Yeah.  And [inaudible].
 7    Hopefully I've answered your question on my basis
 8    --
 9         [Crosstalk.]
10         THE COURT:  Ms. Ben-Ami, column 7 does
11    use the term "using NADPH."  And of course, Ms.
12    Rhyu takes that from "using" to "NADPH dependent."
13    But it does say "using NADPH."
14         MS. BEN-AMI:  Yes.  So, this is an issue
15    of false logic, basically.  If I am NADPH
16    dependent, I am using NADPH.  But if I am using
17    NADPH, it doesn't mean I am necessarily NADPH
18    dependent.  That is the distinction.
19         [Crosstalk.]
20         THE COURT:  Well, she goes on to say
21    there are buckets, and the buckets show that, by
22    using NADPH, you meant only NADPH.

Page 38

1  MS. BEN-AMI: Well, what I would say to
2  that, Your Honor, is, there are no buckets. It is
3  a continuum. That is what Geva's own expert, Dr.
4  Kirsch, stated. He testified to that. It's in
5  our brief.
6  THE COURT: Is this after arising
7  technology? Did you possess NADH at the time?
8  MS. BEN-AMI: Well, we had the
9  methanococcus example, actually, which Geva had
10 tested, or Cal Tech working with Geva tested and
11 proved was NADH utilizing, and which Geva's patent
12 application specifically states "can be used as --
13 for NADH dependence," and which Dr. Kirsch says,
14 "In vivo, we'll use 10 times more NADH than
15 NADPH." So this was --
16 THE COURT: So I seem to be right that
17 this was an improvement patent, if anything?
18 MS. BEN-AMI: I think if someone figures
19 out how to make a KARI which they prefer, and it's
20 not anticipated or obvious, they may have an
21 improvement. But if I built an engine and you
22 build a turbo-charged engine, it's still an

Page 39

1  engine.
2  And so this case boils down to a pretty
3  simple thing. The fact that I use something
4  doesn't mean it's necessarily dependent. The fact
5  that something -- it means it's using it. There's
6  a clear assay. There is nothing about KARI in
7  this patent anywhere which gives you a test for
8  dependency.
9  And I will end with this, Your Honor,
10 since my time is really up, I think.
11 THE COURT: Well --
12 [Laughter.]
13 THE COURT: We gave a little extra time
14 to Ms. Rhyu as well.
15 MS. BEN-AMI: I think I need to make
16 this point: When we decide claim construction, I
17 think we need to decide based on consistency and
18 definitiveness. Consistency here requires the
19 simple definition because -- for all the reasons
20 we've gone through.
21 But it's also important to note that the
22 District Court, in deciding it meant "dependent,"

Page 40

1  and it's a footnote where she really goes through
2  it, stated that she had searched not only the
3  record, but the after-art, after 2005. She had
4  looked through them. And she said you can't --
5  there's nothing to quantify this. And she
6  confirmed that during oral argument.
7  "We couldn't figure out how one would
8  measure," she said. And so, she said, "We'll let
9  the experts go to the jury and tell the jury what
10 they think this term of art means." That is
11 basically having the two experts argue claim
12 construction to the jury, and fundamentally is not
13 allowed under the jurisprudence of this court.
14 You have a simple definition. It's
15 clear. It's supported by the test in the patent.
16 You have an alternative definition, which is not
17 in the patent, not in the tests, which can't be
18 quantified. And we'll have competing experts get
19 up and talk about what that means in the art,
20 having scoured the record.
21 But the one thing it cannot mean,
22 according to the District Court, is the test in

Page 41

1  the patent. That must be error.
2  Thank you, Your Honor.
3  THE COURT: Thank you. Thank you very
4  much from both counsel.
5  [Whereupon, the proceedings were
6  concluded.]

**A**
a00152 15:13
a10097 35:19
a10781 36:14
a18288 33:18
a183 26:1
a18341 27:12
a18346 25:18
  26:2
aair 3:12 19:18
  23:3 24:6
  26:10 32:20
  35:9
abbreviations
  19:16
accept 33:6
accused 14:7
acedohydroxy
  26:14
acelating 22:17
acetobutylicum
  21:17
acetolactate
  3:14
achilles 27:14
acid 4:21
acknowledged
  27:11
active 20:17
addition 35:11
address 7:5
  13:16 16:2
  19:11
adh6 20:14,22
  21:1,2,14
admitted 14:6
advanced 1:7
aerobic 5:18
affirming 7:2
  36:12
afterart 40:3
agreed 36:22
alcohol 20:9
  22:15
allow 3:19 12:18
allowed 40:13

allowing 9:11
  12:10,12
alternative
  40:16
altide 22:17
alto 2:6,8
ami 3:3
amino 4:21
anaerobic 5:20
anaerobics 5:18
answer 7:19
  25:9 29:9
  35:18
answered 17:14
  37:7
anticipated
  38:20
anyway 14:21
appeal 1:13
appeals 1:1
appearances 2:1
appears 23:2
applicant 3:18
  9:1 10:22 11:5
  11:6,10,16,18
  32:10
application
  10:18,18 11:1
  14:6 26:18
  38:12
arent 36:5
arfin 4:6,6,19
  19:7 22:2,4,19
  23:2 31:12
argue 6:19
  17:21 40:11
argued 6:21,22
  16:6
arguing 12:21
argument 1:17
  12:22 16:7,18
  16:19,21 17:4
  17:9,17,22
  18:7 24:5
  31:20 34:12,13
  35:19 36:11

  40:6
arguments
  17:10 19:9,12
  36:14
arising 38:6
arrived 34:15
art 3:22 10:2,9
  10:10 12:8
  29:15 40:10,19
article 10:11
  19:7 22:2,4
asking 27:4
assay 4:6,6,7,8,8
  4:11,19,20
  5:12 8:5,5,9,12
  8:19 9:2 11:19
  12:9 22:20,20
  23:2,16 31:13
  31:15 39:6
associated 27:18
association 32:4
availability
  27:20
available 19:9
avenue 2:14
avoid 27:17
awhile 36:7

**B**
b 36:10,11
back 13:8 16:6
  17:8 18:9
  21:18 30:3
  33:12
based 13:14
  17:10 34:1
  39:17
basically 37:15
  40:11
basis 15:11 37:7
behalf 2:3,11
believe 7:11
  10:12 13:3
  17:18 18:8
  32:14
ben 3:2

benami 2:12 3:4
  3:7 4:18 5:20
  6:2,6,15 7:9,18
  12:20 13:2,7
  13:11 15:1,3,7
  35:15,17,22
  36:3,9,17,19
  37:2,6,10,14
  38:1,8,18
  39:15
better 33:12
biofuels 1:7
bit 6:12
bl21a 23:21
blocking 35:1
boils 39:2
bottleneck 27:10
bottom 21:1
  36:20,21
branch 20:17
  22:14
brief 13:3 17:9
  38:5
briefs 12:20
  17:2,3
broad 24:9 35:5
bucket 25:4,5
  28:8,11 30:1
  35:13
buckets 22:9,12
  24:21 28:7,11
  30:13 37:21,21
  38:2
build 38:22
builder 10:18
built 38:21
burden 24:12,14
butamax 1:7
  22:10 26:9
  27:13 29:18
butamaxs 3:7
buy 14:19,19,20

**C**
c 3:1
ca 2:8

cal 38:10
calling 4:6
camino 2:7
cant 18:19,20
  34:2 40:4,17
case 3:19 6:5
  12:18 15:20
  31:5,7 32:15
  39:2
catalytic 30:6
catalyzes 3:13
categories 25:12
  25:13 30:9
  31:10 33:3
certain 19:10
certainly 6:15
  13:7 24:8 29:2
chain 20:17
  22:15
changed 34:19
changing 5:5
characterize
  29:20
characterizes
  4:3
chem 8:14
chemical 5:9,10
  8:14 10:15
  24:9
chief 30:21
chlostridium
  21:16
chronological
  36:5
cip 35:10
circuit 1:2 17:20
  36:22
circuits 36:12
circumstances
  19:10
cite 29:5
cited 29:2 33:8
  33:15
cites 4:14 33:13
civ 1:6,14
claim 3:8 4:12

4:14,15 7:2,10
9:12,13,14,15
9:18 10:5
11:11,22 12:4
12:14 14:4,9
15:17 16:12
17:9 18:15
19:8,17 24:4,5
24:6 26:17
34:12,15 36:13
39:16 40:11
**claimed** 10:7
14:11 23:15
27:21 28:7
**claims** 9:18
15:12 32:17
**classes** 11:2
**clear** 18:10 39:6
40:15
**clearly** 25:18
**clone** 23:19
**cloned** 24:2
**closest** 14:4
**cofactor** 4:17
10:20 18:17,19
19:19 27:20
30:6 31:14
33:21
**coli** 20:18 23:20
23:21,21
**column** 20:9,10
21:4,4,5,18
23:3,5,18
33:14 37:10
**columns** 18:10
19:14 30:16
31:17
**come** 13:8 30:3
**comes** 24:20
**commentary**
6:11
**common** 31:6
**company** 1:9
**compared** 13:20
**competing** 40:18
**completely** 17:9

**concluded** 41:6
**condition** 5:17
**conference**
11:21
**confirm** 24:1
**confirmed** 9:8
40:6
**confirms** 24:9
28:5
**confused** 16:9
17:1,5
**consider** 11:10
12:7 14:3,12
**consideration**
17:16
**considered** 8:19
9:10
**consistency** 9:4
9:6,7,7,11,13
39:17,18
**consistent** 3:21
6:3 8:19
**construction** 3:8
7:2,10 10:5
12:1,4,15
14:10 15:17
16:12,13,14
17:9 34:12
36:13 37:1
39:16 40:12
**construing**
15:12
**context** 32:19
**continuation**
34:19
**continuum** 38:3
**convened** 1:17
**conversion** 3:13
**converted** 5:2
**cooley** 2:5
**copy** 13:4
**correct** 5:19
6:18 16:7
28:19,20
**corresponds**
21:10

**couldnt** 29:3
40:7
**counsel** 16:3
41:4
**course** 7:7 37:11
**court** 1:1,13 3:2
3:5,6,16,17,19
4:13 5:18 6:1,4
6:4,7,12,14,16
6:17,17,19,20
6:22 7:1,7,9,12
7:13 9:10 10:8
10:10 12:9,11
12:17,19,22,22
13:5,10,15,20
14:21 15:2,6
15:10 16:2,5,9
16:11,12,14,17
16:21 17:4,13
17:15,17,21
18:3,11 19:1,6
19:13,20 20:4
20:11,13,19
21:3,6,8,11,13
21:22 22:1
23:10,13 24:4
24:8,19 25:2,7
25:13,20 26:1
26:3,4,7,20
27:3 28:1,2,10
28:13,16,22
29:5,8,12 30:3
30:12,20 31:1
31:2,19 32:3,6
32:8 34:2,6,9
34:21 35:14,21
36:2,8,16,18
36:21 37:3,10
37:20 38:6,16
39:11,13,22
40:13,22 41:3
**courts** 10:5 12:4
14:9 17:16,19
36:13
**created** 35:5
**crosstalk** 16:16

19:5 20:3 23:9
24:3 25:6
28:21 34:5
37:9,19
**customary**
15:16 18:14
24:9 35:6
**cut** 32:8

——— D ———

**d** 3:1
**data** 10:11
**de** 1:8
**deal** 18:12
**decay** 33:20
**december** 27:12
**decide** 39:16,17
**deciding** 39:22
**decision** 11:22
12:1
**defendant** 2:11
6:19
**defendants** 1:10
**define** 15:18
30:9
**defining** 31:18
**definition** 3:9,11
3:17,21,22
8:14 9:5 10:7
12:17 15:22
19:18 20:1
23:2,3,14
24:10,21 32:20
32:21 34:20
35:6,9 39:19
40:14,16
**definitional** 20:2
22:6,9,14
**definitions**
15:14 18:22
19:15,19 25:11
30:8 32:16
33:4
**definitiveness**
39:18
**dehydrogenase**

20:10 22:18
**delaware** 1:14
**deliberately**
26:17 31:17
**demonstrated**
35:8
**demonstrates**
31:9
**dependence**
21:15,21,22
25:15 29:16
38:13
**dependency**
39:8
**dependent** 11:1
11:5,12,14
12:8 19:21
20:5,8 26:10
27:16 28:9
29:21 30:2
32:1,10 33:10
37:12,16,18
39:4,22
**depending** 5:16
**describe** 23:19
**described** 30:17
30:18
**description**
14:14 24:7
34:13,17
**detected** 31:12
**determine** 9:3
**determined** 35:2
**dhydroxyisov...**
3:14
**didnt** 29:12
32:12
**different** 5:14
8:4,8,11
**differentiation**
19:8 24:5,6
**dioxydrogenase**
22:15
**direct** 15:12
**directions** 20:9
**disavow** 31:3

| | | | | |
|---|---|---|---|---|
| **disclaimed** 24:15 | **e** 1:8 3:1,1 20:18 23:20,20,21 | 24:21 29:20 30:19 31:10,18 | **expect** 27:16 **expert** 10:3 28:15 38:3 | **first** 35:12 **five** 2:6 |
| **disclaimer** 24:18 | **earlier** 31:19 36:13 | **equaled** 29:16 **equated** 20:8 21:15 | **experts** 14:14 40:9,11,18 | **focus** 17:11 **follow** 6:9 13:12 |
| **discuss** 9:15 **discussion** 12:20 26:8 | **ec** 4:9 8:1,3,7 **either** 8:12 22:3 22:18 30:11 | **equating** 21:20 **equivalency** 31:21 32:3 | **explain** 4:1,19 **explaining** 12:12 | **followed** 6:8 **footnote** 40:1 **forces** 31:13 |
| **disposal** 18:6 **disregard** 10:12 | **el** 2:7 **electron** 3:15 | **equivalents** 13:13,14 14:3 14:8 | **explains** 29:22 **express** 23:20 | **forms** 27:7 **forward** 12:18 |
| **disrespect** 6:16 **distinction** 37:18 | 5:11 8:15 20:16 | **error** 10:13 12:16 13:22 41:1 | **expressed** 24:20 29:9 33:4 **expressly** 30:5,8 | **found** 21:22 25:14 **four** 9:18 |
| **distinctions** 22:11 31:16 33:2 | **electrons** 5:6 **eliminate** 33:2 **eliminated** | **esq** 2:4,12 **essence** 36:12 | **extra** 39:13 **extrinsic** 28:2,4 33:7 | **fundamentally** 36:22 40:12 **further** 22:16 |
| **district** 1:13,14 3:17,19 6:16 6:17,20,22 7:12 9:10 10:5 10:10 12:9,11 13:15,20 17:16 17:19 28:2,22 39:22 40:22 | 16:13 31:15 **eliminating** 22:11 **ellis** 2:13 **embodiment** 10:6 14:11 23:11,17 | **essentially** 18:13 **estoppel** 13:15 13:16,17 **european** 4:14 **evaluating** 31:6 **evidence** 12:5 14:8,18 28:2,5 33:7 | **F** **f** 21:2 **fact** 7:13 27:21 35:9 39:3,4 **factfinding** 29:18 | **future** 34:14 35:3 **G** **g** 3:1 **genbank** 33:15 33:16 **gene** 23:20 |
| **doctrine** 13:12 13:13 14:3,8 14:12 19:3 | **embodiments** 9:19 23:7 **enablement** 9:1 **encompasses** | **evidenced** 34:18 **exactly** 6:2 **examiner** 8:21 11:12 | **factor** 33:11 **factual** 14:21 **fair** 6:19 **false** 37:15 | **generated** 27:6 **generating** 26:21 27:8 **geva** 38:9,10 |
| **document** 25:18 27:12 **doesnt** 10:11 19:20,20,22 28:18 32:8 34:2 35:4 37:17 39:4 | 23:15 **engine** 38:21,22 39:1 **engineer** 27:17 **engineered** 26:15 | **example** 4:4,4 9:2,21 10:1,9 10:14,19 14:4 14:5 22:20,21 23:4,17,18,19 33:6,6 38:9 | **fast** 12:3 **federal** 1:2 17:20 36:11,22 **fell** 29:22 **felt** 6:18 **figure** 33:19,19 | **gevas** 38:3,11 **gevo** 1:4 6:21,22 10:17 14:5,14 **gevos** 10:3 **give** 13:3,8 21:4 **given** 14:9 23:7 |
| **donaldson** 34:18 35:10 **donating** 5:6 **donor** 3:15 5:11 8:15 20:16 | **entity** 5:9,10 8:14 10:15 **entry** 21:9,16 **enzyme** 3:13 4:4 5:7,8 10:15 | **examples** 4:2,5 8:20 9:8 21:20 23:6 31:21 **excess** 26:22 27:6 | 40:7 **figures** 38:18 **file** 35:1 **filed** 25:22 **final** 34:6,9,11 | **gives** 19:7,7 39:7 **go** 8:2 12:2,3,18 13:19 17:8 20:22 21:18 23:17 33:12 40:9 |
| **dont** 6:15,18 12:10 13:9 17:18 18:5,8 32:14 **dr** 10:3 38:3,13 **drawing** 30:21 **dupont** 1:8 | 11:1 14:17 20:15,22 21:2 21:14,17,19 23:21 24:1,1 25:3 27:10,14 27:15 32:5,6 32:13 33:9,14 **enzymes** 7:16,22 8:1 11:2,2 22:7 22:7,8,16 | **exclusion** 31:4 35:5 **exclusive** 28:11 30:9,13,14 **exclusively** 29:20 **existed** 10:17 | **finally** 14:1,13 **find** 12:17 13:1 13:2,15 24:16 26:5 36:7 **finding** 15:5 **fine** 11:5 **finish** 22:5 **finished** 20:21 | **goes** 37:20 40:1 **going** 6:1 10:12 12:7 13:5 14:2 18:9,12 26:4 29:11 31:3 37:2 **gold** 4:7 |
| **E** | | | | |

**goldstandard** 8:5,9,18
**good** 3:4,6 14:8 15:9
**govern** 15:14,17
**governs** 15:19 31:8
**guidance** 6:8,8,9

**H**

**hadnt** 34:16
**hang** 25:7,7
**happened** 11:12 18:13
**heel** 27:14
**hendrickson** 33:17,18
**highly** 7:10
**history** 13:14,16 13:17
**hold** 13:9 26:5
**honor** 3:7 4:18 6:6 16:4 17:3,8 28:14 35:17 38:2 39:9 41:2
**honors** 14:13 15:9,13
**hopefully** 37:7

**I**

**id** 17:11,13 21:10
**identified** 20:18 25:13
**identifies** 22:7
**identify** 25:11
**identifying** 30:17
**ildc** 23:20
**illustration** 23:8
**illustrative** 23:1
**im** 10:12 11:13 13:5 16:9,22 18:5 20:21 21:3 22:1 24:16 26:4

27:4 28:20 36:8
**imbalance** 26:11 27:19
**immediately** 18:6
**implies** 8:15
**important** 7:18 9:14 19:2 31:16 39:21
**improvement** 34:22 38:17,21
**inaudible** 5:3 11:19 14:16 21:2 26:14 37:6
**include** 35:10
**indicated** 5:12
**indicates** 15:20 15:21
**indicating** 23:6
**infer** 25:2
**inference** 30:22
**inferences** 30:4
**information** 11:20 34:1
**infringement** 35:20
**injunction** 6:5 9:16
**intel** 18:8
**intended** 25:3 32:10
**internal** 25:18
**interpret** 31:11 32:18
**interpretation** 19:17 22:10 32:17
**invented** 34:16
**invention** 23:7 23:15
**invoke** 4:16
**isnt** 15:15 19:1 23:16 32:3
**isobutenal** 27:8

27:15
**isobutene** 27:7
**issue** 7:4,7 13:19 37:14
**issuing** 11:13
**iv** 33:20
**ive** 37:7

**J**

**judge** 4:13 7:12 12:2,5 25:9 28:22 30:21 35:18
**judgment** 11:22 13:13 15:2,4 18:7 35:20
**jurisprudence** 40:13
**jury** 40:9,9,12

**K**

**k12** 23:20
**kari** 3:12 4:4,22 5:9 9:3,19,20 11:5,8,11,14 13:21,21 25:3 26:10 27:14,21 29:20 32:5,6 32:13 38:19 39:6
**karis** 9:1 25:16 35:8
**kind** 6:10
**kirkland** 2:13
**kirsch** 10:3 38:4 38:13
**knew** 11:6 32:11
**knock** 14:17
**knockouts** 14:19
**know** 4:22 8:22 16:17
**known** 10:2

**L**

**lack** 24:7
**laid** 31:17

**language** 7:11 22:22 23:4
**laughter** 6:13 37:5 39:12
**law** 7:5,8 10:16 24:14 31:2
**lays** 15:13
**led** 26:18
**left** 14:1
**leora** 2:12
**lexicographer** 3:18,20
**lexicography** 15:18 31:8,8
**lexington** 2:14
**limitation** 4:16 8:16
**line** 20:11,12 21:4,11,12 23:5 33:14 36:21
**listed** 21:18,19
**listing** 4:15
**lists** 4:15
**literature** 11:3,4
**little** 39:13
**llc** 1:7
**llp** 2:5,13
**logic** 37:15
**long** 26:13 27:1 27:3
**look** 7:20 8:2,18 16:22 20:22 32:20
**looked** 4:13 40:4
**looking** 14:14 28:3 36:10,19
**loss** 27:18
**lot** 10:11

**M**

**manifest** 31:4
**marks** 15:21
**material** 29:1
**matter** 1:17
**mean** 6:3,10

11:15 20:4 26:21 28:16,18 32:19 36:5 37:17 39:4 40:21
**meaning** 4:12 9:12,14 15:16 18:15 24:9 31:7
**meaningless** 22:13 33:3
**means** 12:6,8 27:7 39:5 40:10,19
**meant** 6:16 11:5 11:17 37:22 39:22
**measure** 5:2 40:8
**medium** 9:6
**meet** 10:7
**mention** 12:21
**methanococcus** 9:21 10:1,9,14 10:19 14:5 33:5,14 38:9
**method** 5:4
**michelle** 2:4
**middle** 33:19
**mini** 36:14
**minute** 13:3
**missed** 12:20
**missing** 36:6
**misunderstan...** 17:7
**misunderstood** 17:6
**mixed** 5:16
**mixture** 5:17
**mole** 27:5,6
**morning** 3:4,6 15:9
**multiple** 8:1

**N**

**n** 3:1

**nadh** 5:15,16,21
  5:22 7:15 8:10
  8:16 10:2,4
  13:21 18:17,19
  18:20 19:9
  21:19,19,21,22
  22:8,8,16,18
  24:13,15,17,18
  24:22 25:1,17
  26:11,15,22
  27:6,9,17
  28:17,18 29:13
  30:5,8,10
  33:22 34:3
  35:8,10 38:7
  38:11,13,14
**nadhdependent**
  21:17
**nadp** 5:3,6
**nadph** 3:15 4:15
  4:16 5:1,2,5,11
  5:13,14,15
  7:15,17 8:6,15
  10:4 11:11,14
  12:7 13:20
  19:18,21 20:1
  20:7,7,8,15
  21:15,21,21
  22:7,8,16,18
  24:22 25:1,14
  25:14 26:10,12
  27:9,18,20,22
  28:8,17,18
  29:16,21,22
  30:1,2,10
  31:11,14 32:19
  32:21 33:10,21
  34:3 35:11,12
  37:11,12,13,15
  37:16,17,17,22
  37:22 38:15
**nadphdepend...**
  20:16 23:22
**napdh** 28:8
  29:16
**naph** 27:16

**necessarily**
  24:13 28:18
  37:17 39:4
**necessary** 6:9
**need** 7:5 39:15
  39:17
**negative** 8:16
**nemours** 1:8
**never** 11:14 33:8
**new** 2:15
**nicotinamide**
  31:10
**northern** 1:14
**note** 39:21
**notes** 17:19
**notice** 1:18
**november** 1:18
**number** 4:9 8:3
  8:7,11 11:19
  21:10 33:15,16
**numbers** 8:1
  36:4
**ny** 2:15

———— O ————

**o** 3:1
**objected** 16:11
**obvious** 38:20
**obviously** 36:7
**oh** 26:3
**okay** 13:10 26:7
  36:18
**online** 14:20
**opponent** 13:6
**opponents** 12:21
**opposing** 16:3
**oral** 1:17 12:21
  16:7 17:17,21
  40:6
**order** 17:19,20
  24:1
**ordinary** 3:22
  9:6 15:16 31:7
**original** 7:2

———— P ————

**p** 3:1
**pac** 4:2
**page** 36:10
**pages** 36:4,6
**palo** 2:6,8
**pardon** 34:8
**part** 28:1,4
  34:16,19
**particularly**
  19:6
**patent** 5:12 8:22
  9:4,12,14,17
  10:16,17,22
  11:20 12:16
  14:6,15 15:15
  24:10 25:21
  26:18 33:9
  34:22 38:11,17
  39:7 40:15,17
  41:1
**patentee** 33:5
**patentees** 34:14
**patents** 3:9
  15:15 35:2
**pathway** 27:8,8
  27:15,19
**pause** 26:6 36:1
**pdc** 14:17
**perceive** 24:14
**phillips** 15:19
**phonetic** 15:20
  22:17 25:9
  26:14 35:18
**places** 31:21
**plaintiffappell...**
  1:5 2:3
**plans** 9:21
**please** 3:5 15:10
  19:13
**point** 7:5,8,19
  11:18 12:15
  15:3 22:5
  29:12 39:16
**points** 13:12
**portions** 20:2
  22:13

**position** 3:8 14:2
**possess** 29:13
  38:7
**possession** 25:16
  26:16 35:7
**preceded** 32:15
**precluded** 12:14
**preempt** 34:14
**prefatory** 22:21
  23:4
**prefer** 26:15
  30:1 38:19
**preferred** 9:19
  10:6 14:10
  23:7,10,11,17
**prefers** 33:10
**preliminary** 6:5
  9:16
**pretrial** 11:21
**pretty** 39:2
**primarily** 17:11
**primary** 4:10
  15:11
**prior** 10:2,10
  16:12
**problem** 26:12
**proceedings**
  41:5
**product** 5:7,8
  14:7
**production**
  27:18
**program** 14:12
**properly** 24:2
**properties** 10:15
  10:16
**prophetic** 23:19
**propounding**
  22:11
**prosecution**
  8:21 9:9,9
  13:14,16,17
**proved** 38:11
**provided** 15:22
  29:7 31:15
  33:4

**publication**
  33:17,17,18
**publications**
  29:17
**pull** 12:3
**purpose** 23:18
**purposes** 23:1
**pursuant** 1:18
**put** 4:22 5:1,1
  5:12,14,16
  10:21 11:11
**puts** 8:9
**putting** 24:14
**pyruvate** 33:20

———— Q ————

**quantified** 40:18
**quantify** 40:5
**question** 10:22
  16:3 17:13
  18:11 23:22
  25:9 36:12
  37:7
**questionable**
  7:11
**questioning** 7:1
**questions** 16:7
**quite** 20:21
**quotation** 15:21

———— R ————

**r** 3:1
**raders** 25:9
  30:21
**raised** 29:18
**reaction** 5:8
  30:6 33:21
**read** 11:9
**reading** 30:15
**ready** 3:2
**real** 2:7
**really** 7:1 32:10
  39:10 40:1
**reason** 25:12,15
**reasonably** 7:19
**reasons** 39:19

**rebuttal** 35:15
**recognize** 16:15
  27:13
**recognized**
  26:10,11
**record** 8:2,3
  13:1 14:18
  16:18,20,22
  17:16 18:4,8
  18:18 25:17
  29:17 40:3,20
**red** 13:3 17:2,3
  37:4
**reductase** 20:16
  26:15
**refer** 4:5 22:15
  27:15 28:22
**reference** 4:10
  7:14 31:19
**referenced** 33:8
**references** 29:19
**referred** 4:9
  29:3 35:12
**refers** 7:17
  20:14
**rejection** 11:13
**relevant** 33:20
**relied** 29:10
**relies** 33:7
**rely** 14:10 29:6
**remand** 13:18
**rendering** 22:13
**renders** 33:3
**replied** 13:8
**requires** 31:2
  39:18
**respect** 7:15,16
  32:12,13
**resulting** 27:9
**results** 26:9
**reversal** 13:18
**reviewed** 29:16
**revised** 35:10
**rhyu** 2:4 15:8,9
  16:4,8,10,19
  17:2,7,18 18:1

  18:5,21 19:3
  19:11,14,22
  20:6,12,14,21
  21:5,7,9,12,14
  22:4 23:12,16
  24:6,18,20
  25:11,21 26:2
  26:8 27:1,5
  28:4,12,14,19
  29:2,7,11,14
  30:7,15 31:5
  32:2,5,7,14
  34:4,8,10,11
  35:7,14 37:12
  39:14
**right** 12:13
  14:22 15:6
  24:10 31:1
  36:9 38:16
**robinson** 4:13

———— S ————
**s** 1:1 2:4 3:1
**saw** 27:3
**saying** 28:10
  29:6
**says** 3:12 8:14
  8:17 9:19
  10:10 18:20
  19:15 21:2
  22:2,22 23:18
  24:17 26:13
  30:5,8 36:11
  38:13
**scientific** 4:20
  5:3 29:19
**scientists** 26:9
**scope** 18:16 31:3
**scoured** 40:20
**script** 36:15
**se** 23:14
**search** 11:16
**searched** 40:2
**second** 8:7
**section** 20:2
  22:6,14,21,21

  32:15,22
**sections** 20:6
**see** 5:5 7:22 8:3
  8:7 21:13
  24:11
**sentence** 26:20
  27:4
**sequence** 4:21
  21:10
**sequential** 36:6
**short** 26:21 27:2
  27:5
**show** 11:17 19:2
  24:12,15 31:13
  37:21
**showed** 25:17
**showing** 17:16
**shows** 28:6 32:9
  33:20,21 34:3
  34:4
**significant**
  18:16 22:13
**similarly** 21:15
**simple** 3:9 4:20
  12:17 39:3,19
  40:14
**simply** 3:16 8:17
  20:19 31:6
  35:7
**sinard** 15:20
**single** 4:5
**sit** 12:19
**sits** 7:6
**skilled** 29:15
**slightly** 8:4,8
**solely** 6:21 16:11
**sorry** 28:20
**sound** 35:4
**sounds** 34:21
**specific** 10:14
  11:2,2 19:22
  23:21 27:17
**specifically** 9:1
  9:18,21,22
  10:6 14:11
  15:13 17:19

  18:20 19:15
  22:14,22 25:10
  27:11,13 29:3
  33:13 38:12
**specification**
  3:10 7:14,21
  11:17 14:15,16
  15:11,14 17:10
  18:9,12 19:7
  19:17 22:6
  28:6 30:12,16
  31:20 32:18
  33:13
**specifies** 19:18
**square** 2:6
**standard** 4:7
**start** 35:19
**stated** 10:3 38:4
  40:2
**statement** 20:20
**states** 1:13 8:16
  10:18 38:12
**straightforward**
  3:11 7:20 9:5
**strange** 14:2
**stuff** 26:16
**substrate** 5:1,7
**substrates** 8:4,8
  20:17
**suggest** 19:9
**suggestion** 6:12
  32:16
**summary** 11:22
  13:13 15:2,4
  18:7 35:19,20
  36:10
**supported** 40:15
**sure** 23:12
**surrendered**
  18:16
**switch** 24:12
**switching** 10:20
**synonymous**
  25:14
**system** 5:13,14
  5:16,20

———— T ————
**table** 20:22 21:1
  21:3,7
**take** 4:20 5:10
  6:20 7:3
**taken** 36:4
**takes** 33:16 36:7
  37:12
**talk** 4:3 22:19
  40:19
**talking** 7:21
**tech** 38:10
**technology** 38:7
**tell** 29:3 40:9
**telling** 6:20
  14:16
**tells** 8:13 35:11
**term** 4:14,16
  15:17,18 18:15
  20:1,7 22:17
  26:14,21 27:1
  27:2,4,5 37:11
  40:10
**terms** 30:18,19
**test** 4:22 8:10
  12:6,15 39:7
  40:15,22
**tested** 38:10,10
**testified** 38:4
**tests** 40:17
**thank** 12:12
  15:6 29:8
  35:14 41:2,3,3
**thats** 3:16 11:4,4
  11:19 12:10,16
  13:21 15:19,22
  17:11 18:12
  20:19 23:5,22
  26:12,16 27:9
  27:11 28:8,15
  28:19,19 31:5
  31:14,14 32:14
  33:5,15,20
  35:8
**theres** 10:10
  23:22 26:11

27:19 39:5
 40:5
**theyre** 8:9 22:12
 26:21 34:15
**theyve** 25:12
 30:17,18
**thing** 39:3 40:21
**things** 8:13 13:9
 28:16,17 32:12
 34:15
**think** 6:8,15,17
 6:18 7:4 12:10
 29:8 31:5
 38:18 39:10,15
 39:17 40:10
**third** 8:11
**thought** 34:6,9
 34:11
**three** 3:14 22:9
 24:21 28:7,11
 30:9 31:9,16
**thrownin** 6:10
**thursday** 1:18
**tied** 25:8
**time** 4:8 29:20
 35:16 36:4
 38:7 39:10,13
**times** 38:14
**tm** 1:7
**today** 17:12
**told** 15:19
**transcript** 18:2
 18:7
**trial** 12:2
**trump** 24:7
**try** 12:3
**trying** 24:16
 32:18 34:14,15
**tube** 4:22 8:10
**turbocharged**
 38:22
**turn** 16:1 20:8
**two** 3:14 4:2
 21:20 33:11
 40:11

**U**
**u** 1:1
**umbarger** 4:7
 4:19 22:20
 23:2 31:13
**underlined** 37:3
**understand** 4:11
 4:12
**understanding**
 16:5,10 22:1
**understood** 23:6
 28:15 29:15
**undisputed**
 14:18
**unfortunately**
 9:10 36:3
**united** 1:13
**use** 5:14,15,17
 5:21 6:1 8:5,11
 8:12 10:4 11:6
 11:8,15 18:16
 18:19 20:7,15
 21:20,21 22:3
 22:7,8,8,16
 24:15,17,22,22
 25:1,14 28:17
 28:17,20 29:15
 29:22 30:5,8,9
 30:10,10 31:11
 31:12,13 34:2
 35:5,8,10,11
 35:12 37:11
 38:14 39:3
**uses** 5:11 8:15
 20:1 27:21
 28:8 32:21
**utilizer** 10:2
**utilizing** 20:7
 31:10 38:11

**V**
**v** 1:6
**value** 35:2
**variable** 5:3,4
**venture** 15:18
**vitro** 12:6

**vivo** 10:3 38:14
**voluminous**
 29:17

**W**
**walk** 12:1
**wallace** 35:18
**want** 12:2 16:17
**wanted** 30:11
 35:7
**way** 8:18 9:2
 23:8 28:15
 30:17,18 32:9
**went** 16:6
**weve** 39:20
**whats** 8:22
 15:22 26:20
**word** 6:21 7:3
 16:11,13
**words** 11:6,8
 18:21 24:11
 30:21 31:4
**working** 38:10
**works** 14:6
**written** 3:10
 14:13 24:7
 34:13,17
**wrote** 11:1

**X**

**Y**
**yeah** 13:5 21:8
 36:16 37:3,6
**years** 25:21
**yeast** 14:19
**yield** 27:18
**york** 2:15
**youd** 24:11
**youre** 3:2 12:10
 12:13 25:8
 29:6 30:21
 31:3,11 32:18
 33:1
**youve** 31:15
 35:4

**yqhd** 20:17

**Z**

**0**

**1**
**1** 4:9,9,9,14,14
 4:14 9:7,7,7
 20:22 21:1,3
**10** 4:5 8:20 9:8
 38:14
**10022** 2:15
**10097** 35:21,22
**10781** 36:17,19
**112** 11:13
**12** 20:9,10
**13576slr** 1:7,15
**14** 9:12 24:5
**15** 9:13,14,18
**183** 25:20
**18341** 29:1
**18346** 26:3,4,4
 29:1
**188** 9:13 15:15
 26:18 31:20
**1b** 36:11

**2**
**2** 4:4 8:20 9:2,8
 23:17 25:21
**2005** 14:20
 26:18 27:12
 40:3
**2007** 25:19 26:9
**201** 21:10
**2013** 1:18
**212** 2:16
**25** 23:5 36:21
 37:2
**26** 23:5

**3**
**3000** 2:7
**33** 23:18

**4**

**4** 21:5,6
**4464800** 2:16
**45** 33:14

**5**
**54** 20:12,13

**6**
**6** 20:10
**60** 21:14
**601** 2:14
**61** 21:12,14
**650** 2:9

**7**
**7** 1:18 18:10
 19:14 23:3
 30:16 31:17
 33:14 37:10

**8**
**8** 18:10 19:14
 21:18 30:16
 31:17
**8435000** 2:9
**86** 4:9,14 9:7
**889** 8:22 9:9,12
 9:17 26:19

**9**
**94306** 2:8