IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX™ ADVANCED BIOFUELS LLC, <br><br>　　Plaintiff/Counterclaim Defendant, <br><br>　　v. <br><br>GEVO, INC., <br><br>　　Defendant/Counterclaim Plaintiff, <br>　　v. <br><br>E.I. DUPONT DE NEMOURS AND COMPANY, <br><br>　　Counterclaim Defendant. | ) ) ) ) ) ) ) ) Civ. No. 11-54-SLR ) ) ) ) ) ) ) ) ) ) ) |

ORDER

At Wilmington this 1st day of May, 2014, having considered Gevo Inc.'s ("Gevo") motion to stay (D.I. 759) and the papers submitted therewith; the court declines to decide the motion to stay until the United States Supreme Court issues its decision on Gevo's petition for a writ of certiorari, regarding the United States Court of Appeals for the Federal Circuit's decision, *Butamax Advanced Biofuels LLC v. Gevo, Inc.*, No. 2013-1342, 2014 WL 593486 (Fed. Cir. Feb. 18, 2014). On February 18, 2014, the Federal Circuit reversed-in-part, vacated-in-part, and remanded the case at bar, specifically issuing a new claim construction for certain claim limitation. *Id.* Gevo avers that its

petition will be decided by June 30, 2014. Gevo should promptly notify the court once it receives such decision.

                                                */s/*
                                        United States District Judge