IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BUTAMAX(TM) ADVANCED BIOFUELS LLC, | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | C.A. No. 11-54-SLR |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GEVO, INC., | ) ) | **PUBLIC VERSION** |
| Defendant/Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) | |
| Counterclaim Defendant. | ) | |

**BUTAMAX'S MOTION FOR LEAVE TO FILE SURREPLY BRIEF
IN OPPOSITION TO GEVO'S MOTION TO REOPEN THE RECORD
AND SUPPLEMENT NEW EXPERT REPORTS**

OF COUNSEL:

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Oliver C. Bennett
Benjamin A. Lasky
Peter B. Silverman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Butamax<sup>TM</sup> Advanced Biofuels LLC*

Dated: April 18, 2014
PUBLIC VERSION
Dated: May 30, 2014
1154340 / 36429

Butamax respectfully moves to file a limited surreply to Gevo's Reply Brief Regarding No Waiver and Request for Supplemental Expert Reports (D.I. 754). Butamax's proposed surreply is attached as Attachment A.

1. Pursuant to D. Del. LR 7.1.2, a court "may grant leave to file a surreply if it responds to new evidence, facts, or arguments." *St. Clair Intellectual Prop. Consultants, Inc. v. Samsung Electronics Co. Ltd.*, 291 F.R.D. 75, 80, 2013 U.S. Dist. LEXIS 45369, at *3 (D. Del. Mar. 29, 2013); *Davis v. Knox*, C.A. No. 11413 (VCJ), 1997 WL 240972, n. 5 (Del. Ch. Apr. 30, 1997) (granting leave to file surreply because defendants would have had no opportunity to respond to arguments first raised in plaintiff's reply).

2. Pursuant to D. Del. LR 7.1.3(c), "[t]he party filing the opening brief shall not reserve material for the reply brief which should have been included in a full and fair opening brief." "This provision exists, in part, to prevent litigants from engaging in impermissible 'sandbagging,' reserving crucial arguments for a reply brief to which an opponent cannot respond." *Fifth Market, Inc. v. CME Group, Inc.*, C.A. No. 08-520 GMS, 2013 WL 3063461, at *1 (D. Del. June 19, 2013) (citing *Rockwell Techs., LLC v. Spectra-Physics Lasers, Inc.*, C.A. No. 00-589 GMS, 2002 WL 531555, at *3 (D. Del. Mar. 26, 2002)).

3. As set out in the attached proposed surreply, Gevo in its Reply interjects new factually inaccurate statements, and requests a new remedy. For the first time, Gevo asks that the Court incorporate in this action a November 2013 expert report of a Round 2[1] Gevo expert, whose opinions run directly counter to what the Federal Circuit held in its February 2014

---

[1] This Court consolidated the so-called Round 2 litigations between Butamax and Gevo for discovery, which include C.A. Nos. 12-298, 12-602, 12-1014. During those actions, Dr. Kirsch submitted an expert report on November 18, 2013, referred to herein as "Dr. Kirsch's Round 2 Report."

decision. Butamax respectfully submits that a brief two-and-a-half page surreply is warranted here, without which Butamax would have no opportunity to respond.

4. In reply, Gevo argues for the first time that the Court should permit Gevo to incorporate the expert report of Dr. Jack Kirsch from the Round 2 cases because that report, according to Gevo, addresses the additional defenses that could not have been raised without the "new" claim construction in the Federal Circuit's February 2014 decision. (*See* D.I. 754 pp. 6). If Gevo's representations are to be credited, then their characterization of the Federal Circuit's claim construction as "new" and "unanticipated" does not hold as Dr. Kirsch's Round 2 report was submitted in November 2013, <u>three months before</u> the Federal Circuit's decision. Further, as explained in the surreply, permitting that Report to be used in this case would be improper because it sets out numerous opinions that are contrary to the Federal Circuit's decision.

5. Accordingly, Butamax respectfully requests the opportunity to respond to Gevo's new arguments and asks that the Court permit the surreply attached as Attachment A.

6. Pursuant to D. Del. LR 7.1.1, the parties met and conferred and Gevo opposes this motion.

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| Leora Ben-Ami<br>Thomas F. Fleming<br>Christopher T. Jagoe<br>Oliver C. Bennett<br>Benjamin A. Lasky<br>Peter B. Silverman<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4800 | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| Dated: April 18, 2014<br>PUBLIC VERSION<br>Dated: May 30, 2014<br>1154340 / 36429 | *Attorneys for Butamax<sup>TM</sup> Advanced Biofuels LLC* |

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BUTAMAX(TM) ADVANCED BIOFUELS LLC, | ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | C.A. No. 11-54-SLR |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GEVO, INC., | ) ) | |
| Defendant/Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) | |
| Counterclaim Defendant. | ) | |

## ORDER

Having considered Plaintiff /Counterclaim Defendant Butamax ™ Advanced Biofuels LLC's Motion To File A Surreply To Gevo's Reply Brief Regarding No Waiver And Request For Supplemental Expert Reports;

IT IS HEREBY ORDERED, this ____ day of _____, 2014, that the motion is GRANTED.

_____
U.S.D.J.

1147594 / 36429

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 30, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 30, 2014, the attached document was Electronically Mailed to the following person(s):

Thomas Grimm
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
jtigan@mnat.com

Michelle S. Rhyu
Daniel Knauss
Adam C. Trigg
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
rhyums@cooley.com
dknauss@cooley.com
atrigg@cooley.com
zGevoButamaxLitigation@cooley.com

Stephen C. Neal
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1139
nealsc@cooley.com
zGevoButamaxLitigation@cooley.com

James P. Brogan
Cooley LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
jbrogan@cooley.com
zGevoButamaxLitigation@cooley.com

Andrew Keith
Joshua Marcus
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC  20004
akeith@cooley.com
jmarcus@cooley.com
zGevoButamaxLitigation@cooley.com

Erik Milch
Cooley LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA  20190-5656
emilch@cooley.com
zGevoButamaxLitigation@cooley.com

By:   */s/ Richard L. Horwitz*
     Richard L. Horwitz
     David E. Moore
     Bindu A. Palapura
     POTTER ANDERSON & CORROON LLP
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com
     bpalapura@potteranderson.com

1012762 / 36429