IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX™ ADVANCED BIOFUELS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 11-54 (SLR) |
| GEVO, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Gevo's Notice Pursuant to 35 U.S.C. § 282* were caused to be served on June 20, 2014, upon the following in the manner indicated:

### BY E-MAIL

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
**rhorwitz@potteranderson.com**
**dmoore@potteranderson.com**
**bpalapura@potteranderson.com**
*Attorneys for Butamax™ Advanced Biofuels LLC*

Richard A. De Sevo
Hank Heckel
Abigail Langsam
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
**rdesevo@kayescholer.com**
**hheckel@kayescholer.com**
**alangsam@kayescholer.com**

| | |
|---|---|
| Justin M. Miller<br>E. I. DU PONT DE NEMOURS<br>  AND COMPANY<br>1007 Market Street<br>Wilmington, DE 19898<br>**justin.m.miller@usa.dupont.com**<br>*Attorneys for E. I. du Pont de Nemours and Company* | Daniel Forchheimer<br>Leora Ben-Ami<br>Thomas F. Fleming<br>Christopher T. Jagoe<br>Sharon H. Billington<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>**daniel.forchheimer@kirkland.com**<br>**leora.ben-ami@kirkland.com**<br>**thomas.fleming@kirkland.com**<br>**christopher.jagoe@kirkland.com**<br>**sharon.billington@kirkland.com**<br>*Attorneys for Butamax™ Advanced Biofuels LLC* |

OF COUNSEL:

Stephen C. Neal
Michelle S. Rhyu
Daniel Knauss
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2055
(650) 843-5000

James P. Brogan
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
(720) 566-4000

June 20, 2014

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Thomas C. Grimm (#1098)
Jeremy A. Tigan (#5239)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
jtigan@mnat.com
skraftschik@mnat.com

*Attorneys for Gevo, Inc.*