# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BUTAMAX(TM) ADVANCED BIOFUELS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEVO, INC., )<br>)<br>Defendant. ) | C.A. No. 11-54-SLR-MPT<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on June 30, 2014, upon the following attorneys of record as indicated below:

**BUTAMAX'S OBJECTIONS TO DEFENDANT
GEVO'S NOTICE PURSUANT TO 35 U.S.C. § 282**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Thomas Grimm<br>Jeremy A. Tigan<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899-1347<br>tgrimm@mnat.com<br>jtigan@mnat.com | Michelle S. Rhyu<br>Daniel Knauss<br>Adam C. Trigg<br>Cooley LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>rhyums@cooley.com<br>dknauss@cooley.com<br>atrigg@cooley.com<br>zGevoButamaxLitigation@cooley.com |

| | |
|---|---|
| Stephen C. Neal<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1139<br>nealsc@cooley.com<br>zGevoButamaxLitigation@cooley.com | James P. Brogan<br>Cooley LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021-8023<br>jbrogan@cooley.com<br>zGevoButamaxLitigation@cooley.com |
| Andrew Keith<br>Joshua Marcus<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC  20004<br>akeith@cooley.com<br>jmarcus@cooley.com<br>zGevoButamaxLitigation@cooley.com | Erik Milch<br>Cooley LLP<br>One Freedom Square<br>Reston Town Center<br>11951 Freedom Drive<br>Reston, VA  20190-5656<br>emilch@cooley.com<br>zGevoButamaxLitigation@cooley.com |
| Ellen A. Scordino<br>Cooley LLP<br>500 Boylston Street, 14th Floor<br>Boston, MA  02116<br>escordino@cooley.com<br>zGevoButamaxLitigation@cooley.com | |

| | |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL:<br><br>Leora Ben-Ami<br>Christopher T. Jagoe<br>Peter B. Silverman<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>Tel:  (212) 446-4800<br><br><br>Dated:   June 30, 2014<br>1157625 / 36429 | By:   /s/ Erich W. Struble<br>        Richard L. Horwitz (#2246)<br>        David E. Moore (#3983)<br>        Bindu A. Palapura (#5370)<br>        Hercules Plaza, 6th Floor<br>        1313 N. Market Street<br>        Wilmington, DE  19801<br>        Tel:  (302) 984-6000<br>        rhorwitz@potteranderson.com<br>        dmoore@potteranderson.com<br>        bpalapura@potteranderson.com<br><br>*Attorneys for Plaintiff Butamax<sup>TM</sup> Advanced Biofuels LLC* |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Erich W. Struble, hereby certify that on June 30, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 30, 2014, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Thomas Grimm<br>Jeremy A. Tigan<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899-1347<br>tgrimm@mnat.com<br>jtigan@mnat.com | Michelle S. Rhyu<br>Daniel Knauss<br>Adam C. Trigg<br>Cooley LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>rhyums@cooley.com<br>dknauss@cooley.com<br>atrigg@cooley.com<br>zGevoButamaxLitigation@cooley.com |
| Stephen C. Neal<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA  94304-1139<br>nealsc@cooley.com<br>zGevoButamaxLitigation@cooley.com | James P. Brogan<br>Cooley LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021-8023<br>jbrogan@cooley.com<br>zGevoButamaxLitigation@cooley.com |
| Andrew Keith<br>Joshua Marcus<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC  20004<br>akeith@cooley.com<br>jmarcus@cooley.com<br>zGevoButamaxLitigation@cooley.com | Erik Milch<br>Cooley LLP<br>One Freedom Square<br>Reston Town Center<br>11951 Freedom Drive<br>Reston, VA  20190-5656<br>emilch@cooley.com<br>zGevoButamaxLitigation@cooley.com |

Ellen A. Scordino
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116
escordino@cooley.com
zGevoButamaxLitigation@cooley.com

By:  */s/ Erich W. Struble*
    Richard L. Horwitz
    David E. Moore
    Erich W. Struble
    POTTER ANDERSON & CORROON LLP
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    estruble@potteranderson.com

1012762 / 36429